IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| HISTORIC WOLF CREEK BOATWORKS | v. | UNITED STATES OF AMERICA, et al. |
| JUDGE H. RUSSEL HOLLAND | | CASE NO. 5:20-cv-0014-HRH |

PROCEEDINGS: ORDER FROM CHAMBERS

This case was opened by the filing of a complaint on October 13, 2020.[1]

Plaintiff will please submit proofs of service as to the defendants.

---

[1] Docket No. 1.

Order from Chambers – Notice to Counsel — - 1 -