Leif Thompson
Leif Thompson Law Office
Alaska Bar No. 1006041
306 Main Street Suite 304
Ketchikan, AK 99901
Cell phone (907) 617-9256
Office     (907) 247-9256
Fax        (888) 363-1007
Leifthompson@outlook.com
Attorney for Historic Wolf Creek Boatworks

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HISTORIC WOLF CREEK BOATWORKS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA; ) <br> ) <br> SONNY PERDUE, ) <br> Secretary of Agriculture; ) <br> ) <br> VICKI CHRISTIANSEN, ) <br> Chief, U.S. Forest Service; ) <br> ) <br> DAVID SCHMID, ) <br> Regional Forester ) <br>  for the Region of Alaska; ) <br> ) <br> MELANIE SLAYTON, Former ) <br> Realty Specialist ) <br> Tongass National Forest ) <br> Thorne Bay Ranger District; ) <br> ) <br> MATTHEW ANDERSON, ) <br> Former District Ranger ) <br> Forest Service, Tongass ) <br> National Forest Craig and ) <br> Thorne Bay Ranger Districts; ) | Cause No.5:20-cv-00014-HRH |

*Historic Wolf Creek Boatworks v. U.S.A. et al*, 5:20-cv-00014-HRH
Page 1 of 2 Pages

```
M. EARL STEWART,            )
Forest Supervisor           )
Tongass National Forest;    )
                            )
Defendants.                 )
_____)
```

## AFFIDAVIT OF SERVICE OF SONNY PERDUE

**AFFIANT, BEING SWORN UPON OATH, STATES AS FOLLOWS:**

I am the attorney in this matter. On or around October, 2020 I mailed three copies of the complaint, summons for Sonny Perdue and docket sheet to the Attorney General of the United States, at 950 Pennsylvania Avenue, Washington, DC 20530-0001, the US Attorney's Office for the USDA, P.O. Box 197, Montgomery, AL 36101-0197, and the US Department of Agriculture Office of General Counsel, Sterling Center Suite 205 Montgomery, AL 36101-2872. All three copies had been delivered by October 21, 2021. See Attached.

FURTHER, AFFIANT SAYETH NAUGHT.

_____
Leif Thompson

Subscribed and sworn before me this 23rd day of April 2021

_____
Notary Public

STATE OF ALASKA
NOTARY PUBLIC
BLAKE

My Commission Expires 11/6/24

STATE OF ALASKA
NOTARY PUBLIC
BLAKE CHUPKA
My Commission Expires

**Respectfully Submitted,**

*Historic Wolf Creek Boatworks v. U.S.A. et al,* 5:20-cv-00014-HRH
Page 2 of 3 Pages

_____ 4/23/2021
Leif A. Thompson
Alaska Bar No. 1006041
306 Main Street Suite 304
Ketchikan, AK 99901

## USPS Certified Mail Return Receipts

### Receipt 1

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Attorney General of the United States US DOJ
950 Pennsylvania Ave NW
Washington, DC 20530-0001

9590 9402 5956 0062 5632 01

Article Number (Transfer from service label)
7019 2280 0001 4214 6753

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery: OCT 21 2020

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type:
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

---

### Receipt 2

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

US Attorneys Office USDA
P.O. Box 197
Montgomery, AL 36101-0197

9590 9402 5956 0062 5632 25

Article Number (Transfer from service label)
7019 2280 0001 4214 6777

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☒ Agent
☐ Addressee

B. Received by (Printed Name): Lawrence Beaman
C. Date of Delivery: 10/19/20

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type:
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

Exhibit 1
Page 1 of 2

Case 5:20-cv-00014-HRH   Document 22   Filed 04/23/21   Page 4 of 5

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

US Dept. of Agriculture
Office of General Counsel
Sterling Center Suite 205
Montgomery, AL 36106-2872

9590 9402 5956 0062 5632 18

Article Number (Transfer from service label)

7019 2280 0001 4214 6760

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery
10/1/20

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

Exhibit 1
Page 2 of 2