Leif Thompson
Leif Thompson Law Office
Alaska Bar No. 1006041
306 Main Street Suite 304
Ketchikan, AK 99901
Cell phone (907) 617-9256
Office     (907) 247-9256
Fax        (888) 363-1007
Leifthompson@outlook.com
Attorney for Historic Wolf Creek Boatworks

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HISTORIC WOLF CREEK BOATWORKS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA; ) <br> ) <br> SONNY PERDUE, ) <br> Secretary of Agriculture; ) <br> ) <br> VICKI CHRISTIANSEN, ) <br> Chief, U.S. Forest Service; ) <br> ) <br> DAVID SCHMID, ) <br> Regional Forester ) <br> for the Region of Alaska; ) <br> ) <br> MELANIE SLAYTON, Former ) <br> Realty Specialist ) <br> Tongass National Forest ) <br> Thorne Bay Ranger District; ) <br> ) <br> MATTHEW ANDERSON, ) <br> Former District Ranger ) <br> Forest Service, Tongass ) <br> National Forest Craig and ) <br> Thorne Bay Ranger Districts; ) | Cause No.5:20-cv-00014-HRH |

M. EARL STEWART, )
Forest Supervisor )
Tongass National Forest; )
)
Defendants. )
_____)

## REQUEST FOR ORAL ARGUMENT ON MOTION TO DISMISS

The Plaintiff requests oral argument on the motion to dismiss.

**Respectfully Submitted,**

Leif A. Thompson   9/2/21
Alaska Bar No. 1006041
306 Main Street Suite 304
Ketchikan, AK 99901

I Certify that I E-mailed a copy of this motion to Dustin.glazier@usdoj.gov and to Marie.Scheperle@usdoj.gov on the date of filing.

*Historic Wolf Creek Boatworks v. U.S.A. et al*, 5:20-cv-00014-HRH
Page 2 of 2 Pages