Leif Thompson
Leif Thompson Law Office
Alaska Bar No. 1006041
306 Main Street Suite 304
Ketchikan, AK 99901
Cell phone (907) 617-9256
Office      (907) 247-9256
Fax         (888) 363-1007
Leifthompson@outlook.com
Attorney for Historic Wolf Creek Boatworks

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

SAM ROMEY,                          )
                                    )
HISTORIC WOLF CREEK BOATWORKS,)
and                                 )
WOLF CREEK BOATWORKS,               )
                                    )
    Plaintiff,                      )
                                    )
                                    )
                                    )
v.                                  )
                                    )
UNITED STATES OF AMERICA;           )
                                    )
SONNY PERDUE,                       )
Secretary of Agriculture;           )
                                    )
VICKI CHRISTIANSEN,                 )
Chief, U.S. Forest Service;         )
                                    )Cause No.5:20-cv-00014-HRH
DAVID SCHMID,                       )
Regional Forester                   )
  for the Region of Alaska;         )
                                    )
MELANIE SLAYTON, Former             )
Realty Specialist                   )
Tongass National Forest             )
Thorne Bay Ranger District;         )
                                    )

*Historic Wolf Creek Boatworks v. U.S.A. et al*, 5:20-cv-00014-HRH
                                    Page 1 of 2 Pages

MATTHEW ANDERSON,                    )
Former District Ranger               )
Forest Service, Tongass              )
National Forest Craig and            )
Thorne Bay Ranger Districts;         )
                                     )
M. EARL STEWART,                     )
Forest Supervisor                    )
Tongass National Forest;             ) NON-OPPOSED
                                     ) MOTION TO STAY CASE
_____ ) FOR 6 WEEKS

In this matter, the Plaintiff and the United States agree to a stay of the case for 6 weeks, that is until December 7, 2021. As grounds, Mr. Romey wants to try to negotiate with the Alaska Mental Health Trust and with the State of Alaska to try to resolve the case before suing them.

In this matter Dustin Glazier, Esq. on behalf of the United States does not oppose this stay.

**Respectfully Submitted,**

_signature_ 10/26/21

Leif A. Thompson
Alaska Bar No. 1006041
306 Main Street Suite 304
Ketchikan, AK 99901

I certify that I mailed a copy of this motion to Dustin Glazier Esq. on the date of filing.

*Historic Wolf Creek Boatworks v. U.S.A. et al*, 5:20-cv-00014-HRH
Page 2 of 2 Pages