Leif Thompson
Leif Thompson Law Office
Alaska Bar No. 1006041
306 Main Street Suite 304
Ketchikan, AK 99901
Cell phone (907) 617-9256
Office     (907) 247-9256
Fax        (888) 363-1007
Leifthompson@outlook.com
Attorney for Historic Wolf Creek Boatworks

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAM ROMEY, | ) |
| HISTORIC WOLF CREEK BOATWORKS, | ) |
| and WOLF CREEK BOATWORKS, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES OF AMERICA; | ) |
| SONNY PERDUE, Secretary of Agriculture; | ) |
| VICKI CHRISTIANSEN, Chief, U.S. Forest Service; | ) |
| DAVID SCHMID, Regional Forester for the Region of Alaska; | ) Cause No. 5:20-cv-00014-HRH |
| MELANIE SLAYTON, Former Realty Specialist Tongass National Forest Thorne Bay Ranger District; | ) |

*Historic Wolf Creek Boatworks v. U.S.A. et al*, 5:20-cv-00014-HRH

| | |
|---|---|
| MATTHEW ANDERSON,<br>Former District Ranger<br>Forest Service, Tongass<br>National Forest Craig and<br>Thorne Bay Ranger Districts;<br><br>M. EARL STEWART,<br>Forest Supervisor<br>Tongass National Forest; | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) ORDER GRANTING<br>) NON-OPPOSED<br>) MOTION TO STAY CASE<br>) FOR 6 WEEKS |

THE COURT,

Finding good cause, hereby orders that the case, including all deadlines is stayed until December 7, 2021.

It is so ordered.

_____
The Hon. H. Russell Holland, U.S. District Court Judge

I certify that I mailed a copy of this motion to Dustin Glazier Esq. on the date of filing.