IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

HISTORIC WOLF CREEK BOATWORKS,

                Plaintiff,

vs.

UNITED STATES OF AMERICA,

                Defendant.

Case No. 5:20-cv-0014-HRH

## O R D E R

### Motion to Stay[1]

Plaintiff moves to stay all proceedings in this case for six week – that is, until December 7, 2021. Defendants do not oppose a stay of proceedings in this case.

Plaintiff's motion for stay is granted. All proceedings in this case are stayed until December 7, 2021.

The parties will please confer and, on or before December 14, 2021, file a joint status report with respect to this case.

DATED at Anchorage, Alaska, this  27th  day of October, 2021.

/s/   H. Russel Holland  
United States District Judge

---

[1]Docket No. 46.

ORDER – Motion to Stay                  - 1 -