IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| HISTORIC WOLF CREEK BOATWORKS | v. | UNITED STATES OF AMERICA, et al. |
| JUDGE H. RUSSEL HOLLAND | | CASE NO. 5:20-cv-0014-HRH |

PROCEEDINGS:  ORDER FROM CHAMBERS

Plaintiff's unopposed motion[1] for a stay of the case is granted, to and including **January 3, 2022**.

---

[1] Docket No. 48.

Order from Chambers – Extension of Time — - 1 -