TREG R. TAYLOR
ATTORNEY GENERAL

Christopher F. Orman (Alaska Bar No. 1011099)
State of Alaska
Department of Law
PO Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-3600
Facsimile: (907) 465-2417
Email: christopher.orman@alaska.gov
Attorney for the State of Alaska

Eugene F. Hickey (Alaska Bar No. 1805042)
State of Alaska
Department of Law
PO Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-3600
Facsimile: (907) 465-2417
Email: gene.hickey@alaska.gov
Attorney for the Alaska Mental Health Trust Authority

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HISTORIC WOLF CREEK BOATWORKS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | **MOTION TO DISMISS** <br><br><br><br><br><br> Case No.: 5:20-cv-00014-HRH |

    The State of Alaska (State) and the Alaska Mental Health Trust Authority (AMHTA) move to dismiss Plaintiffs' claims against them. Pursuant to the Eleventh Amendment, the State, and thus the Trust Land Office (TLO) as a state agency, are

immune from suit here. Likewise, AMHTA, as an instrumentality of the state, also enjoys immune from suit. (The State, TLO and AMHTA are collectively referred to herein as "State Defendants.") None of the State Defendants have consented to suit and Congress has not abrogated their sovereign immunity here.

Plaintiffs' complaint may also be dismissed for failing to state a claim for several reasons. First, the plaintiffs asserted claims against the State Defendants premised upon the Administrative Procedures Act ("APA"), and in particular 5 U.S.C. §706(1). The APA has no application to the State Defendants. The Plaintiffs' complaint contains only five paragraphs applicable to the State Defendants—none even mentions the State of Alaska—and none expresses allegations of wrongdoing by the State Defendants.

Attached to this motion is a memorandum of law, a proposed order, and a certificate of service.

February 22, 2022

TREG R. TAYLOR
ATTORNEY GENERAL

By: /s/Christopher F. Orman
Christopher F. Orman
(Alaska Bar No. 1011099)
State of Alaska
Department of Law
P.O. Box 110300
Juneau, AK 99811-0300
Phone: (907) 465-3600
Facsimile: (907) 465-2417
Email: christopher.orman@alaska.gov

By: */s/ Eugene F. Hickey*
Eugene F. Hickey
(Alaska Bar No. 1805042)
State of Alaska
Department of Law
P.O. Box 110300
Juneau, AK 99811-0300
Phone: (907) 465-3600
Facsimile: (907) 465-2417
Email: gene.hickey@alaska.gov