IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| HISTORIC WOLF CREEK BOATWORKS, et al., | ) ) ) | **PROPOSED ORDER** |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| UNITED STATES OF AMERICA, et al., | ) ) | |
| Defendants. | ) | Case No.: 5:20-cv-00014-HRH |

For the reasons provided in their motion to dismiss and memorandum of law, the Alaska Mental Health Trust Authority and the State of Alaska's motion to dismiss is GRANTED.

DATED: _____, 2022      _____
                                                                          Honorable H. Russel Holland