TREG R. TAYLOR
ATTORNEY GENERAL

Christopher F. Orman (Alaska Bar No. 1011099)
State of Alaska
Department of Law
PO Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-3600
Facsimile: (907) 465-2417
Email: christopher.orman@alaska.gov
Attorney for the State of Alaska

Eugene F. Hickey (Alaska Bar No. 1805042)
State of Alaska
Department of Law
PO Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-3600
Facsimile: (907) 465-2417
Email: gene.hickey@alaska.gov
Attorney for the Alaska Mental Health Trust Authority

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HISTORIC WOLF CREEK BOATWORKS, et al., | ) ) **CERTIFICATE OF SERVICE** |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA, et al., | ) ) |
| Defendants. | ) Case No.: 5:20-cv-00014-HRH |

I hereby certify that on February 22, 2022, at 4 PM AKST true and correct copies of the defendant's, State of Alaska and the Alaska Mental Health Trust Authority, **MOTION TO DISMISS, MEMORANDUM OF LAW IN SUPPORT OF MOTION**

**TO DISMISS, PROPOSED ORDER**, and this, **CERTIFICATE OF SERVICE**, were served electronically on the below parties of record:

Leif Thompson
Leif Thomson Law Office
306 Main Street Suite 304
Ketchikan, AK 99901

Marie C. Scheperle, Attorney
U.S. Attorney's Office
222 West Seventh Avenue, Room 253 #9
Anchorage, AK  99513-7567

Dustin M. Glazier, Attorney
U.S. Attorney's Office
222 West Seventh Avenue, Room 253 #9
Anchorage, AK  99513-7567

*/s/Rachel R. Iafolla*
Rachel R. Iafolla, LOA I